■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEANNE CARL-SON, Appellant. — Appeal by defendant, as limited by her motion, from a resentence of the County Court, Rockland County, imposed May 13, 1980. Resentence affirmed. No opinion. Lazer, J.P., Mangano, Gibbons and Rabin, JJ., concur.